# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2604

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of South Dakota. |
| | * | |
| Gerald Red Cloud, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: May 3, 2001
Filed:  May 7, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Gerald Red Cloud pleaded guilty to engaging in a sexual act with his minor daughter, in violation of 18 U.S.C. § 1153 and South Dakota law.  At sentencing the district court[1] departed upward based on presentence report (PSR) statements--to which Red Cloud did not object--that he had sexually abused this daughter and two of his other daughters on several occasions.  The court imposed a sentence of 121 months

_____

[1]The HONORABLE RICHARD H. BATTEY, United States District Judge for the District of South Dakota.

imprisonment and three years supervised release.  Red Cloud now challenges the court's upward departure.

Having carefully reviewed the record, we conclude the district court did not abuse its discretion in departing upward in light of Red Cloud's repeated sexual abuse of three of his daughters.  <u>See</u> U.S.S.G. § 2A3.1, comment. (n.4) (1998) (upward departure warranted if court determines defendant committed multiple acts of criminal sexual abuse of same or different victims); <u>Koon v. United States</u>, 518 U.S. 81, 100 (1996) (standard of review for upward departure); <u>United States v. Beatty</u>, 9 F.3d 686, 690 (8th Cir. 1993) (district court may accept as true all factual allegations in PSR not objected to by parties).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-